COURT OF APPEALS OF VIRGINIA


Present:  Judges Benton, Humphreys and Retired Judge Duff[*]


FRANK VERDEROSA, JR.

                                    MEMORANDUM OPINION[**]
v.    Record No. 1538-01-4              PER CURIAM
                                     OCTOBER 16, 2001
GREENROSE MAINTENANCE, INC. AND
 TRAVELERS INDEMNITY COMPANY OF ILLINOIS


          FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

            (Frank Verderosa, Jr., pro se, on brief).

            (Susan A. Evans; Christine A. McKee-Clark;
            Siciliano, Ellis, Dyer & Boccarosse, on
            brief), for appellees.


     Frank Verderosa, Jr. contends that the Workers'

Compensation Commission erred in finding that he failed to prove

he was entitled to an award of temporary partial disability

benefits beginning October 13, 2000.  Upon reviewing the record

and the briefs of the parties, we conclude that this appeal is

without merit.  Accordingly, we summarily affirm the

commission's decision.  See Rule 5A:27.

     In his application and at the hearing before the deputy

commissioner, Verderosa sought temporary total disability

_____

     [*] Retired Judge Charles H. Duff took part in the
consideration of this case by designation pursuant to Code
§ 17.1-400(D).

     [**] Pursuant to Code § 17.1-413, this opinion is not
designated for publication.

benefits for the period from March 7, 2000 through October 28, 2000.  The deputy commissioner awarded Verderosa medical benefits but ruled that he failed to prove entitlement to temporary total disability benefits for the period between March 7, 2000 and October 28, 2000.

On review, the commission noted that Verderosa made no claim for partial disability benefits.  The commission further stated the following:

> We further note [Verderosa's] declaration in his written statement that: "I am requesting partial disability from October 13, 2000 to present or until I am rehabilitated or back to normal physical condition."  As explained to him on the record by Deputy Commissioner Tabb at the evidentiary hearing, however, this particular claim has not been brought before the Commission yet, and it is not the subject of the present Review.  <u>It is [Verderosa's] obligation to file [with the commission] a specific claim for partial disability, and present evidence in support of it</u>.

(Emphasis added).

In his brief on appeal, Verderosa does not challenge the commission's finding that he failed to prove he was entitled to an award of temporary total disability benefits from March 7, 2000 through October 28, 2000.  In fact, he concedes that he is "aware that under Virginia law, I am ineligible for total disability."  Verderosa's sole contention on appeal is that the commission erred in failing to award him temporary partial disability benefits beginning October 13, 2000.  Because the

-

issue raised on appeal by Verderosa has not been decided by the commission, we will not consider it on appeal.  See Green v. Warwick Plumbing & Heating Corp., 5 Va. App. 409, 413, 364 S.E.2d 4, 6 (1988); Rule 5A:18.  Accordingly, we affirm the commission's decision.

Affirmed.